In the Matter of the Claim of BESSIE STEINHARDT, Respondent, against UNIVERSAL IMPORTING COMPANY and THE BANKERS INDEMNITY COMPANY, Appellants.

STATE INDUSTRIAL BOARD, Respondent.— Claimant's husband met his death while in the employ of appellant. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.